

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-2944M |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ALBERTO MALDONADO, | |
| Defendant. | |

## I.

A.    ( )    On motion of the Government in a case allegedly involving:

     1.    ( )    a crime of violence.

     2.    ( )    an offense with maximum sentence of life imprisonment or death.

     3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

     4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

     5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1 B. ( x ) On motion by the Government/( ) on Court's own motion, in a case
2 allegedly involving illegal alien found in the United States following
3 deportation:
4 ( x ) On the further allegation by the Government of:
5     1. (x ) a serious risk that the defendant will flee.
6     2. ( ) a serious risk that the defendant will:
7         a. ( ) obstruct or attempt to obstruct justice.
8         b. ( ) threaten, injure or intimidate a prospective witness or
9     juror, or attempt to do so.
10 C. The Government ( ) is/( x ) is not entitled to a rebuttable presumption that no
11 condition or combination of conditions will reasonably assure the defendant's
12 appearance as required and the safety or any person or the community.

## II.

15 A. (x ) The Court finds by a preponderance of the evidence that no condition or
16 combination of conditions will reasonably assure:
17     ( x ) the appearance of the defendant as required.
18     (X ) and/or
19 ( x ) The Court finds by clear and convincing evidence that no condition or
20 combination of conditions will reasonably assure:
21     (x ) the safety of any person or the community.

23 B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to
24 the contrary the presumption provided by statute.

## III.

27 The Court's findings are based on the evidence which was presented in Court, the
28 information contained in the Pretrial Services Report, and a consideration of the

following:

A. (✘) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or involves a controlled substance, firearm, explosive, or destructive device;

B. (✘) the weight of evidence against the defendant is high;

C. (✘) the history and characteristics of the defendant as set forth below in section V; and

D. (✘) the nature and seriousness of the danger to any person or the community as set forth below in section V.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (x) As to flight risk:

Defendant was previously deported from the United States on November 3, 2005, July 12, 2006, and April 17, 2014, and has no legal status in the United States. Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail. Moreover the prospective penalty that defendant faces, if convicted of the charged offense, supports a finding that release on bail will pose a flight risk because defendant will likely be deported after serving the sentence imposed, and the Court finds that, in conjunction with the other factors noted above, this will provide an incentive to flee the jurisdiction. The Court also notes that, despite Defendant's proffered bail resources, which include offers to post unsecured cash bonds by members of Defendant's family and a prosed proposed property bond

in the amount of $250,000, Defendant faces an outstanding warrant for dangerous drugs issued by the Los Angeles Sheriff's Office in the city of Industry for which bail has been set at $100,000 and is also subject to an immigration detainer due to his unlawful status in the United Status. Finally, the Court is concerned about Defendant's lack of candor to the Court about his residence and contacts with family as set forth in the Pretrial Services Report.

B.  ( x )  As to danger:

Defendant was previously convicted of the following offenses: felon in possession of firearms on September 10, 2012; inflicting corporal injury on spouse/cohabitant on October 31, 2004; and assault with a deadly weapon on March 22, 1996. Defendant's criminal history includes numerous arrests for narcotics related offenses and weapons offenses.

The Court finds that release on bail would pose a danger to others and to the community.

_____

_____

**VI.**

A. ( ) The Court finds that a serious risk exists the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VII.**

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: November 21, 2017            /s/
                                                     ALKA SAGAR
                                          UNITED STATES MAGISTRATE JUDGE